No. 81–6383.   WILSON v. TILLMAN, JUDGE, CIRCUIT COURT OF ST. LOUIS CITY.   C. A. 8th Cir.   Certiorari denied.

No. 81–6408.   DOE v. NEW MEXICO.   Ct. App. N. M. Certiorari denied.

No. 81–6415.   GREEN v. UNITED STATES PROBATION OFFICE ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 81–6444.   MEINSTER v. UNITED STATES; and
No. 81–6445.   MYERS v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.   Reported below: 664 F. 2d 971.

No. 81–6448.   LYONS v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 81–6472.   CABALLERY v. UNITED STATES PAROLE COMMISSION ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 81–6491.   STEEDMAN v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 81–6591.   JENKINS v. MAGGIO, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 81–6592.   DODSON v. ARKANSAS.   Ct. App. Ark. Certiorari denied.

No. 81–6600.   SAWYER v. PENNSYLVANIA.   Super. Ct. Pa.   Certiorari denied.

No. 81–6603.   ADAMS v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.